40 A.3d 55

ROBERT SIPKO, PLAINTIFF, v. KOGER, INC., KOGER DISTRIBUT-
ED SOLUTIONS, INC., KOGER PROFESSIONAL SERVICES,
INC., KOGER LIMITED (DUBLIN), RASTISLAV SIPKO AND
GEORGE SIPKO, DEFENDANTS–MOVANTS.

March 22, 2012.

This matter having been duly presented to the Court, it is
ORDERED that the motion for reconsideration is granted, and
defendants' cross-petition for certification in C–304–11 is hereby
granted, limited to the issue whether plaintiff retains fifty percent
ownership of Koger Professional Services and Koger Distributed
Solutions.

40 A.3d 55

LORRAINE GROMLEY, PLAINTIFF–MOVANT, v. LATANYA WOOD
EL, JENNIFER VELEZ, WILLIAM WALDMAN, KEVIN MAR-
TONE, ALAN G. KAUFMAN, AND JOHN/JANE DOES 1–12,
DEFENDANTS–RESPONDENTS.

March 22, 2012.

This matter having been duly presented to the Court, it is
ORDERED that the motion for leave to appeal is granted.